AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Idaho

**U.S. COURTS**

**OCT 11 2023**

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ROBERT EMANUEL WILKINS JR
)
)
)
_____
*Petitioner*
)
v.
)   Case No. 1:23-CV-00446-CWD
STATE OF IDAHO
)        *(Supplied by Clerk of Court)*
)
)
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ROBERT EMANUEL WILKINS JR.
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: ADA COUNTY JAIL
   (b) Address: 7210 BARRISTER DR.
   BOISE IDAHO 83704
   (c) Your identification number: 01136648

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:
   Idaho Fourth Judicial District Court, Ada County

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: _____
     (b) Docket number of criminal case: _____
     (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   Idaho Fourth Judicial District Court, Ada County, State of Idaho 200 West Front St., Boise, Idaho 83702
   (b) Docket number, case number, or opinion number:   CR01-22-30635
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Excessive Bail; Denial of Motion to Supress under the 4th Amendment; Denial of Motion to Supress under Idaho Constitution Art. 1, Sect. 17; Denial of Motion to Dismiss claims as unconstitutional facially and as applied to me;
   DECISION DATES: 04/18/2023; 04/25/2023; 09/15/2023; 09/22/2023; 10/06/2023
   (d) Date of the decision or action:   04/18/2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

     (a) If "Yes," provide:
          (1) Name of the authority, agency, or court:
          (2) Date of filing:
          (3) Docket number, case number, or opinion number:
          (4) Result:
          (5) Date of result:
          (6) Issues raised:

     (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes    ☒ No

    (a) If "Yes," provide:
          (1) Name of the authority, agency, or court:
          (2) Date of filing:
          (3) Docket number, case number, or opinion number:
          (4) Result:
          (5) Date of result:
          (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☒ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Name of court:
      (2) Case number:
      (3) Date of filing:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes         ☐ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☑ No
    If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing:
    (2) Case number:
    (3) Result:
    (4) Date of result:
    (5) Issues raised:

  (d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court:
    (2) Date of filing:
    (3) Case number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** EXCESSIVE BAIL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The trail court set bail in an excessive amount and did so with an eye to punishment and detention rather than to ensure that I returned for all my court dates or to protect the community. Given the facts of my history related to appearing for my court hearings, the nature of the charge, the fact that no one was harmed, the community was not at risk of my offense or re-offense, and my promise to return. Bond was set unconsitutionally high.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes           ☐ No

**GROUND TWO:** Unconstitutional seizure under the 4th amendment;

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Police were called because I was sitting in a parked commercial truck in the parking lot of a breakfast restaraunt a single black male. To the caller I looked suspicious at 9:10 AM being in Meridian Idaho, as the caller stated nothing good comes from a guy from chicago sitting alone. Police investigated without any reasonable articulable suspicion that there was a crime; Police either were used to execute a racially motivated harrassment or they acted in a racially motivated manner. After I showed my receipt from the restaraunt police continued to ask for ID
(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes           ☐ No

**GROUND THREE:** The Trial Court denied my motion to suppress under the 4th Amendment, and Idaho Const. Art. 1 Sec. 17; against the manefest weight of the law in favor of supression.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My Identification was seized without lawful authroity; my background was checked without reasonable art. Susp.; my vehicle was searched without a warrant, even though I was not driving the vehicle when I was seized; the Meridian Police had their dog alert to my vehicle as a pretext to searching for drugs, none were found, the police were performing an investagatory search before and after the dog alert and the trial court allowed the search to be converted into an inventory even though the police failed to follow policy, and the vehicle was seized;
(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes           ☐ No

AO 242 (Rev. 09/17) . Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The trial court denied the motion to dismiss the unconstitutional charges. Purusant to the US Const. Amd. 2, no law shall infringe the right of the citizens to bear arms;

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
We filed a motion to allege that I.C. 18-3316 was unconstitutional on its face and as applied to me in that the charges violated my constitutional right to bear arms. I am not saying that I possessed a firearm, all I am saying is that as applied to me and facially the law is unconstitutional, and that if I was found to be in possession of a gun that I would be constitutionally permitted to do so. the charges are an unconstitutional infringement on my rights

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have not had any appeal available as a matter of right. My criminal attorney stated that I should not seek interlocutory review. I am asking this court for help becuase I do not believe that I will be allowed a fair trial with Judge Yee Wallace. I do not think that the Idhao trial court is protecting my constitutional rights.

## Request for Relief

15. State exactly what you want the court to do: Determine: whether the stop was constitutional; when the stop, if legal was reasonably completed; whether the seizure of my license was constitutional; whether there was a justifyable extentior of the stop; whether the vehicle was seized legally; whether the vehicle was searched legally; whether Idaho Code 18-3316 is facially constitutional or whether as applied to me it is unconstitutionally restrictive on my rights; whether Idaho Constituion Art. 1 Sec. 17 applies to me as a visitor to Idaho and whether the protections were violated.

\* I would like the court to direct the State Court to stop violating my constitutional rights and to render relief as the court has authority and deems just in the circumstances.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/11/2023

*R. Welker*
*Signature of Petitioner*

*[signature]*
*Signature of Attorney or other authorized person, if any*